

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JKW | *271 Cadman Plaza East* |
| F. #2020R01171 | *Brooklyn, New York 11201* |

June 11, 2026

<u>By ECF</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Raymond John Pirrello, Jr., et al.
                <u>Criminal Docket No. 23-499 (S-1) (KAM)</u>

Dear Judge Matsumoto:

The government respectfully submits this letter in response to the Court's June 9, 2026 Order directing the government to "file a letter listing the companies whose stocks the Government asserts were subject to undisclosed mark-ups in the relevant period, and which form the basis of the Government's loss calculation in light of the *Fatico* hearing scheduled for September 3, 2026." The relevant companies are as follows:

        Addepar
        Airbnb
        Automation Anywhere
        Confluent
        Coursera
        Earth to Energy
        Green Life Farms
        Impossible Foods
        Instacart
        Marqeta
        Palantir Technologies
        Plaid
        Procore Technologies
        Robinhood Markets
        Rubrik
        Snowflake
        SoFi Technologies
        SpaceX

Sprinklr
Stripe
Triller Group
Udemy
UiPath

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:  _____/s/_____

Jessica K. Weigel
James R. Simmons
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of Court (KAM) (by ECF)
       Defense counsel (by ECF)

2