MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

32 Court Street, Suite 408
Brooklyn, New York 11201

546 5th Avenue, 6th Floor
New York, New York 10036

July 2, 2026

Via ECF

Hon. Kiyo A. Matsumoto
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Pirrello, et. al.
23 CR 499

Your Honor:

Thank you for permitting me to resubmit this request for extension pertaining to the *Fatico* hearing and expert disclosure deadline in this matter. This is the first request for such extensions by any relevant party.

To reiterate, I request that the expert disclosure deadline scheduled for July 1, 2026 be postponed to allow the parties and their prospective experts additional time to assess complex data bearing upon the legal and factual issues to be determined at the upcoming *Fatico* hearing. Such data includes responses to subpoenas that the defense expects to obtain, which will directly inform and determine the input of experts from both the defense and the government.

Further, due to the parties' need to assess the aforementioned data and properly prepare for the upcoming *Fatico* hearing (currently scheduled for September 3, 2026), as well as to mitigate various scheduling conflicts, I request that the *Fatico* hearing and its appurtenant briefing deadlines also be rescheduled.

After conferring with the government, I propose the following schedule[1]:

- August 28, 2026: expert disclosure deadline
- October 12, 2026: deadline to file written submissions pertaining to the issues to be determined at the *Fatico* hearing
- November 3 through 6, 2026 at the Court's convenience: *Fatico* hearing
- Week of November 30, 2026 at the Court's convenience: sentencing

[1] The prior scheduling order in this matter was issued orally during the defendants' plea proceedings. Accordingly, I have not attached a separate proposed Revised Scheduling Order.

I am advised by AUSA Jessica Weigel that the government does not object to these requests.

I have also conferred with counsel for Joseph Passalaqua, Christopher Adams, Esq., who advises that he and his client join in these requests.

Thank you for your consideration.

Very truly yours,

Michael C. Farkas