MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

32 Court Street, Suite 408
Brooklyn, New York 11201

546 5th Avenue, 6th Floor
New York, New York 10036

July 20, 2026

Via ECF

Hon. Kiyo A. Matsumoto
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Pirrello, et. al.
23 CR 499

Your Honor:

I am writing to request an extension for one of the entities subpoenaed as per docket entry 165. Currently, the return date of said subpoena is July 22, 2026.

I have been speaking with counsel to this entity, who requests an additional 2 weeks due to what she and her client characterize as both the complexity of the task to comply with the subpoena, as well as the need to work through confidentiality and propriety issues. She advises that if additional time is not granted, she will be compelled to file a motion to quash, which might otherwise be avoided if given enough time to work through her client's issues with me and reach compromises that will permit sufficient compliance.

I have copied AUSA Weigel on this letter. Please advise if I should file this inquiry in some other form, or if I should direct counsel to make her own request to the Court on behalf of her subpoenaed client. Additionally, please advise if the Court wishes that I identify the entity and/or its counsel in an ex parte submission.

Thank you.

Very truly yours,

Michael C. Farkas