Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

August 3, 2026

BY ECF

The Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Robert Cassino*, No. 23 Cr. 499 (KAM)

Your Honor:

This office represents Robert Cassino. Mr. Cassino's sentencing is set for September 23, 2026, at 11:00 a.m. I respectfully request a 30-day adjournment of that date and the corresponding dates for sentencing submissions. The government does not object.

This is the third request to adjourn Mr. Cassino's sentencing (the first was to permit timely disclosure of the PSR by Probation, the second was to permit the Court to sentence Mr. Cassino based upon any relevant loss findings at the co-defendants' upcoming *Fatico* hearing). The reason for this request is that Mr. Cassino has been experiencing a number of medical issues in recent weeks that we expect to last for another month or so—including, for example, aftereffects of a recent double cataract surgery, a painful bilateral hernia scheduled for treatment this month, and his ongoing heart condition. Between those issues and Mr. Cassino's ongoing engagement with drug treatment (he is currently over seven months sober), we have not been able to focus together on Mr. Cassino's upcoming sentencing. An additional 30 days would allow us to get the benefit of his input on his sentencing submission.

Respectfully submitted,

/s James Darrow

James Darrow
Assistant Federal Defender
Federal Defenders of New York, Inc.
Tel. (718) 407-7419
james_darrow@fd.org

*Attorneys for Robert Cassino*

cc: Counsel of Record (by ECF)