McCarter & English

Christopher Adams
Partner

T. 973-639-2059
F. 973-624-7070

cadams@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

www.mccarter.com

August 12, 2026

**VIA ECF**

Honorable Kiyo A. Matsumoto, U.S.D.J.
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: USA v. Pirrello, Jr.
1:23-cr-00499-KAM

Dear Judge Matsumoto:

We write to the Court regarding the rescheduling of dates related to the *Fatico* hearing. I am conscious of the caution the Court noted in the text order regarding additional requests for time, however, I am scheduled to be out of the country in Portugal on pre-paid, scheduled family vacation leaving Oct. 9 and returning Oct. 20th. Airfare, hotels and related travel within the country has already been paid for. Although there are other associate attorneys who assist on this matter, I am the attorney that Mr. Passalaqua hired to defend him in this matter and the Partner at the firm responsible for it. I do not make this request lightly, but I cannot reschedule this trip. The parties have met and conferred, and the government has advised that it is available with its witnesses on October 21, 26 and 27. Therefore, I respectfully request that the Court schedule the *Fatico* hearing the following week on one of the government's available dates.

Respectfully Submitted,

s/ Christopher D. Adams
Christopher D. Adams, Esq.