MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

32 Court Street, Suite 408
Brooklyn, New York 11201

546 5th Avenue, 6th Floor
New York, New York 10036

September 8, 2026

Via ECF

Hon. Kiyo A. Matsumoto
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Pirrello, et. al.
23 CR 499

Your Honor:

Please accept this letter as defendant Pirrello's and defendant Passalaqua's motions to continue for one additional week the parties' expert disclosure and *Fatico* submission deadlines, currently scheduled for September 14, 2026 and September 28, 2026, respectively.

The defense previously moved for similar relief by letter motion dated July 2, 2026 (Dkt 161), and again on August 6, 2026 (Dkt 186), neither of which were objected to by the government. By Order dated August 10, 2026 the Court continued the *Fatico* hearing to October 13, 2026 and scheduled the parties' expert disclosure deadline for September 14, 2026. The Court further scheduled the parties' *Fatico* submission date for September 28, 2026.

Thereafter, on August 12, 2026 counsel for defendant Passalaqua requested that the *Fatico* hearing be rescheduled (Dkt 190). By Order dated August 13, 2026 the Court continued the *Fatico* hearing for October 27, 2026 but did not alter the other deadlines.

Defendants Pirrello and Passalaqua now request an additional week to make their expert disclosures as well as to make their hearing submissions, both to give their prospective experts additional time to consider the materials returned via Mr. Pirrello's subpoenas and to await additional subpoena responses, which are expected this week. Because these deadlines were initially set based on a *Fatico* hearing date of October 13th, which has now been postponed by two weeks to October 27th, the defendants' requests for only one additional week for each deadline will not prejudice or delay the *Fatico* hearing. Said

requests, however, are necessary for the defendants to properly prepare the scheduled submissions.

I am advised by AUSA Jessica Weigel that the government does not object to these requests.

Thank you for your consideration.

Very truly yours,

Michael C. Farkas