MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

32 Court Street, Suite 408
Brooklyn, New York 11201

546 5th Avenue, 6th Floor
New York, New York 10036

September 14, 2026

Via ECF

Hon. Kiyo A. Matsumoto
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Pirrello, et. al.
23 CR 499

Your Honor:

I write on behalf of Mr. Pirrello and defendant Passalaqua, with regard to our prior motion to continue for one additional week the parties' expert disclosure and *Fatico* submission deadlines. On September 8, 2026 the Court granted that motion and rescheduled those respective dates for September 21 and October 5, 2026, respectively.

We now realize that Your Honor's order dated August 19, 2026, stating that all materials received pursuant to all Rule 17 subpoenas must be produced to the government two weeks before the *Fatico* hearing submissions are due, further specifies that production deadline to be September 14, 2026 (which is now 3 weeks prior to the submissions date).

Given the one-week rescheduling of the parties' *Fatico* submissions date to October 5, 2026, we request that the deadline to make Rule 17 subpoena productions be likewise rescheduled for September 21, 2026. We further request that the date by which Mr. Pirrello must file a letter on the docket, certifying that he has made said production to the government, be moved to September 22, 2026.

I am advised by AUSA Jessica Weigel that the government does not object to these requests.

Thank you for your consideration.

Very truly yours,

Michael C. Farkas