MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

32 Court Street, Suite 408
Brooklyn, New York 11201

546 5th Avenue, 6th Floor
New York, New York 10036

September 22, 2026

Via ECF

Hon. Kiyo A. Matsumoto
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Pirrello, et. al.
23 CR 499

Your Honor:

I submit this letter pursuant to the Court's order dated September 16, 2026, directing Mr. Pirrello to certify that he has made his required Rule 17 subpoena productions to the government.

I certify that on September 21, 2026 I provided the government with the Rule 17 subpoena responses that I received in this matter on behalf of Mr. Pirrello, together with any related confidentiality agreements and one protective order.

Thank you.

Very truly yours,

Michael C. Farkas