**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
*Attorneys for Defendant Joseph Passalaqua*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>JOSEPH PASSALAQUA<br><br>Defendants. | Civil Action No. 1:23-cr-499 (KAM)<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for Defendant Joseph Passalaqua and requests to receive Notices of Electronic Filings (NEFs). The undersigned's *Pro Hac Vice* Motion was granted on September 22, 2026.

Dated: September 22, 2026

Respectfully submitted,

/s/ *Zachary R. Cimring*
Zachary R. Cimring



ME1\58923818.v1

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 22, 2026, I caused a copy of the foregoing **NOTICE OF APPEARANCE** to be served upon all counsel of record by operation of the Court's electronic filing system.

By: /s/ *Zachary R. Cimring*
Zachary R. Cimring