**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JKW/JS
F. #2020R01171

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 22, 2026

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Raymond John Pirrello, Jr., et al.
Criminal Docket No. 23-499 (S-1) (KAM)

Dear Judge Matsumoto:

The government writes to respectfully seek clarification from the Court on the scope of the parties' Fatico hearing submissions, which are due on October 5, 2026. In its submission, the government intends to address the loss amount under the U.S. Sentencing Guidelines, restitution and forfeiture for the defendants Raymond John Pirrello, Jr. and Joseph Passalaqua. To the extent the Court wishes to receive briefing on only the Guidelines loss amount, the parties would appreciate clarification.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Jessica K. Weigel
James R. Simmons
Assistant U.S. Attorney
(718) 254-6157

cc: Clerk of Court (KAM) (by ECF)