MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

32 Court Street, Suite 408
Brooklyn, New York 11201

546 5th Avenue, 6th Floor
New York, New York 10036

October 14, 2026

Via ECF

Hon. Kiyo A. Matsumoto
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Pirrello, et. al.
23-cr-499

Your Honor:

I write with regard to the supplemental submission that I filed yesterday with the Court.

On page 16 of the submission, reference is made to a sentencing transcript in the matter of *United States v. Gogliormella*, 24-CR-362 (JMF) (SDNY), ECF Dkt. No. 119. I now realize that this transcript is not yet publicly available.

I am seeking the Court's guidance on how to provide a copy of this transcript to the Government and the Court. I want to ensure that I do not violate any rules governing the release of material such as this. I stand ready to send the transcript via electronic mail and hand delivery, if either option is acceptable to the Court.

Thank you.

Very truly yours,

Michael C. Farkas
*Of Counsel*
**Aidala, Bertuna & Kamins, P.C.**
*Counsel for Raymond J. Pirrello*