McCarter English

**Christopher D. Adams**
Partner

T. 973-849-4053

cadams@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

October 24, 2026

**VIA ECF**

Honorable Kiyo A. Matsumoto, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***United States of America v. Pirrello, Jr., et al.***
**Criminal Action No. 1:23-cr-00499 (KAM)**

Dear Judge Matsumoto:

As Your Honor is aware, this firm represents Defendant Joseph Passalaqua ("Mr. Passalaqua") in the above-captioned matter. With the consent of the Government and counsel for Mr. Pirello, we respectfully write to request a brief adjournment of the Fatico hearing currently scheduled for October 27, 2026.

We recognize that the Fatico hearing is scheduled for Tuesday and do not make this request lightly. This morning, we learned that Mr. Passalaqua's twenty-two-year-old younger brother was tragically murdered in California last night. Given the sudden and devastating nature of this loss, Mr. Passalaqua is understandably not in a position to proceed with the hearing as scheduled. Under these extraordinary circumstances, we respectfully submit that a brief adjournment is necessary.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Christopher D. Adams*
Christopher D. Adams (*pro hac vice*)
Marjan Moussavian
Zachary R. Cimring (*pro hac vice*)
Susan M. Smalley