**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JKW/JS
F. #2020R01171

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 25, 2026

By E-mail and ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Raymond John Pirrello, Jr., et al.
Criminal Docket No. 23-499 (S-1) (KAM)

Dear Judge Matsumoto:

The government respectfully submits this letter to indicate that it consents to the defendant Joseph Passalaqua's request for an adjournment of the Fatico hearing, which is currently scheduled for October 27, 2026. By October 28, 2026, the parties will confer with their witnesses and one another and propose new dates for the hearing for the Court's consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Jessica K. Weigel
James R. Simmons
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (KAM) (by ECF)
Counsel of Record (by ECF and E-mail)