MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

32 Court Street, Suite 408
Brooklyn, New York 11201

546 5th Avenue, 6th Floor
New York, New York 10036

October 25, 2026

Via ECF

Hon. Kiyo A. Matsumoto
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Pirrello, et. al.
23-cr-499

Your Honor:

In accordance with the Court's Order dated today, Mr. Pirrello consents to Defendant Passalaqua's request to postpone the *Fatico* hearing scheduled for October 27, 2026 and joins in extending condolences to him and his family. Further, we will confer with all parties and propose dates to reschedule the hearing by October 28, 2026.

Very truly yours,

Michael C. Farkas
*Of Counsel*
Aidala, Bertuna & Kamins, P.C.
*Counsel for Raymond J. Pirrello*