**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JKW/JS
F. #2020R01171

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 28, 2026

By E-mail and ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Raymond John Pirrello, Jr., et al.
Criminal Docket No. 23-499 (S-1) (KAM)

Dear Judge Matsumoto:

On behalf of the parties, the government respectfully submits this letter pursuant to the Court's October 26, 2026 order directing the parties to "confer and file a joint letter providing their availability for the week of December 7, 2026."

The government and its witness Deborah Oremland are available on December 7 and 9, 2026. As specified below, the government understands that the defendants' witnesses are not available during the week of December 7, 2026. Accordingly, the government provides the following additional availability: December 14, 2026 and January 4, 6, 7 and 8, 2027.[1]

Defendants Pirrello and Passalaqua advise that one of their experts is unavailable during the week of December 7, 2026 and does not return until after the 18th of that month. Counsel and Defendants' witnesses are available during the week of December 21st, but understand that the

[1] Due to vacation and holiday schedules, the government and its witness are unavailable the weeks of December 21 and 28, 2026.

Government and its witnesses are not. Based on counsels' and witness schedules, Defendants provide the following availability: January 21, 22, 25, 28 and 29, 2027.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Jessica K. Weigel
James R. Simmons
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (KAM) (by ECF)
Counsel of Record (by ECF and E-mail)