# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | | | |
|---|---|---|---|
| **MAGISTRATE JUDGE:** Peggy Kuo | | **DATE:** 10/30/2026 | |
| **CLERK:** D. Wright | | | |
| **DOCKET #:** 23 CR 499(KAM) | | **LOG TIME:** 2:46-2:55pm | |
| **DEFENDANTS NAME:** Robert Cassino | | | |
| _x_ Present | ___ Not Present | _x_ Custody | ___ Bail |
| **DEFENSE COUNSEL:** James Darrow | | | |
| ___ Court Appointed | _x_ Federal Defender | ___ CJA | ___ Retained |
| **A.U.S.A:** Jessica Weigel | | | |
| **INTERPRETER:** | | **LANGUAGE:** | |
| Defendant arraigned on the: __ Complaint __ Indictment __ Superseding Indictment __ Probation Violation | | | |
| ___Defendant pleads NOT GUILTY to ALL counts. | | ___ Defendants first appearance. | |
| ___ Government Agent Sworn | | ___ Rule 5f warnings given to the govt. | |
| ___ DETENTION HEARING Held. | | ___ BAIL HEARING Held. | |
| ___ Bond set at $ | | | |
| **Defendant:** __ released ___ held pending satisfaction of bond conditions. | | | |
| ___ Defendant advised of bond conditions set by the Court and signed the bond. | | | |
| _1_ Surety/ies sworn by telephone, advised of bond obligations by the Court and granted the court permission to sign the bond on their behalf.<br>___(Additional) surety/ies to co-sign bond by ______________________<br>___ After hearing, Court orders detention in custody. ___ Leave to reopen granted. | | | |
| ___ Order scheduling a Detention Hearing entered. | | ___ Bail Hearing set for | |
| ___ Preliminary Hearing set for | | ___ Preliminary Hearing waived by defendant | |
| ___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned. | | | |
| ___ Order of Excludable Delay/Speedy Trial entered. | | Start Date: | End Date: |
| **Removal District:** | | **Removal District Case Number:** | |
| ___ Removal (Rule 5) Proceeding held. | | | |
| ___ Identity hearing held | | **Court:** ___ Orders removal ___ Denies Removal | |
| ___ Defendant waives Identity hearing | | ___ Defendant waives Preliminary hearing | |
| ___ No bail application presented to the court. Commitment to the District entered. | | | |
| ___ Medical memo issued. | | | |
| ___ Defendant failed to appear; bench warrant issued. | | | |
| ___ Status conference set for __________ @ __________before District Judge: | | | |
| **Other Rulings:** Status Conference held; Defense counsel with the consent of the government asked for a bond modification as stated on the record. The court granted the bond modification. | | | |
| | | | |
| | | | |
| | | | |