MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

32 Court Street, Suite 408
Brooklyn, New York 11201

546 5th Avenue, 6th Floor
New York, New York 10036

November 10, 2026

Via ECF

Hon. Kiyo A. Matsumoto
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Pirrello, et. al.
23-cr-499

Your Honor:

We write with regard to the Court's Order dated November 4, 2026 setting the *Fatico* hearing in this matter for January 4, 2026. For the reasons stated below, defendants Pirrello and Passalaqua request that the hearing be held on January 21, 22, 25, 28 or 29, 2027.

On October 28, 2026 the Government filed a letter on behalf of the parties pursuant to the Court's Order dated October 26, 2026, directing the parties to "confer and file a joint letter providing their availability [for the *Fatico* hearing] for the week of December 7, 2026." Said letter informed the Court that, "[b]ased on counsel and witness schedules, Defendants provide the following availability: January 21, 22, 25, 28 and 29, 2027." *See* ECF Dkt. No. 221.

The defendants now further advise the Court that the reasons underlying their report of availability in January relate to one of their experts being unavailable until after January 11th; their other expert being unavailable on Tuesdays and Wednesdays due to his teaching schedule at Southern Methodist University; and lead counsel for Mr. Pirrello being unavailable on January 14th and 15th.

Accordingly, the defendants cannot proceed on January 4, 2026 due to witness availability, and request that the Court consider alternative dates as proposed above.

Thank you.

Very truly yours,

Michael C. Farkas
*Of Counsel*
**Aidala, Bertuna & Kamins, P.C.**
*Counsel for Raymond J. Pirrello*



Christohper D. Adams
Marjan Moussavian
Zachary R. Cimring
**McCarter & English, LLP**
*Counsel for Joseph Passalaqua*