**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JKW/JS
F. #2020R01171

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 11, 2026

By E-mail and ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Raymond John Pirrello, Jr., et al.
Criminal Docket No. 23-499 (S-1) (KAM)

Dear Judge Matsumoto:

The government respectfully submits this letter in opposition to the defendants Raymond John Pirrello and Joseph Passalaqua's fifth request to adjourn the Fatico hearing, which is currently scheduled for January 4, 2027. See ECF Dkt. Nos. 161, 183, 192, 217, 226. The government opposes the request for several reasons. *First*, the defendants pleaded guilty more than eight months ago and the victims of their criminal conduct deserve finality as well as any restitution payments that the Court determines they are entitled to receive. *Second*, the Court has already scheduled co-defendant Robert Cassino's sentencing for January 6, 2027. *Finally*, one of the undersigned attorneys will be on parental leave beginning on or about January 18, 2027.

If the Court decides to grant the defendants' adjournment request, the government confirms it is available on January 21 and 22, 2027.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Jessica K. Weigel
James R. Simmons
Assistant U.S. Attorneys
(718) 254-7000